**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOEL JEROME TUCKER, individually and as an officer of SQ Capital, LLC, JT Holdings, Inc., and HPD LLC,<br>SQ CAPITAL, LLC, a corporation,<br>JT HOLDINGS, INC., a corporation,<br>and<br>HPD LLC, a corporation,<br>Defendants. | Case No. 2:16-CV-02816-JAR-JPO<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS JOEL JEROME TUCKER, SQ CAPITAL, LLC, JT HOLDINGS, INC., AND HPD LLC** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS:

Plaintiff Federal Trade Commission ("FTC") hereby requests, pursuant to Federal Rule of Civil Procedure 55(a), that the Clerk of the Court for the District of Kansas enter a default in this matter against Defendants Joel Jerome Tucker, SQ Capital, LLC, JT Holdings, Inc., and HPD LLC for their failure to file an answer in this action within the time specified by law.

As demonstrated by affidavits of service filed in this action, all four Defendants were served on December 20, 2016. Joel Jerome Tucker received the summons and complaint by personal service on December 20, 2016. (Dkt. No. 13). Joel Tucker is the president of Defendants SQ Capital, LLC, JT Holdings, Inc., and HPD LLC. (Dkt. No. 4-1 at ¶¶ 5, 6, and 8). Plaintiffs also served the summons and

complaint upon the agents appointed to receive service of process by SQ Capital, LLC, JT Holdings, Inc., and HPD LLC (Dkt. Nos. 14, 15, and 16).[1]

More than 21 days have passed since Defendants received the summons and complaint. No attorney has entered an appearance for Defendants SQ Capital, LLC, JT Holdings, Inc., and HPD LLC. The Court's docket shows that none of the Defendants have filed an answer or other responsive pleading. *See* attached Declaration of Nathaniel Al-Najjar.

For the foregoing reasons, it is requested that the Clerk of the Court enter a default against Defendant Joel Jerome Tucker, SQ Capital, LLC, JT Holdings, Inc., and HPD LLC.

Dated: March 23, 2017

Respectfully submitted,

TOM BEALL
Acting United States Attorney

s/Jason Oller
Jason Oller
Assistant United States Attorney
Ks. S.Ct. No. 24341
500 State Avenue
Suite 360
Kansas City, KS 66101
Telephone: (913) 551-6730
Facsimile: (913) 551-6541

Local Counsel for Plaintiff Federal Trade Commission

DAVID SHONKA
Acting General Counsel

s/ Michael Tankersley
Michael Tankersley
Katharine Roller
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Mailstop CC-10232
Washington, DC 20580
Telephone: (202) 326-2991 (Tankersley)
Telephone: (202) 326-3582 (Roller)
E-mail: mtankersley@ftc.gov
E-mail: kroller@ftc.gov
Facsimile: (202) 326-3629

Attorneys for Plaintiff Federal Trade Commission

[1] *See also* Dkt. No. 4-20, pp. 90, 102, and 106 (identifying agents for accepting service of process appointed by SQ Capital, LLC, JT Holdings, Inc., and HPD LLC).

**Certificate of Service**

On March 23, 2017, I, Michael Tankersley, attorney for Plaintiff Federal Trade Commission, caused the foregoing Application for Entry of Default Against Defendants Joel Jerome Tucker, SQ Capital, LLC, JT Holdings, Inc., and HPD LLC to be served on the addressees listed below by first class mail and email.

Joel Tucker
4425 W 72nd St
Prairie Village, KS 66208
joelt@hpdfirm.com
joelt@alloydatasystems.com

HPD, LLC
c/o Frontier Registered Agency Services LLC
2120 Carey Ave
Cheyenne, WY 82001

s/ Michael Tankersley_______________

Michael Tankersley (admitted pro hac)
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Mailstop CC-10232
Washington, DC 20580
Telephone: (202) 326-2991 (Tankersley)
E-mail: mtankersley@ftc.gov
Facsimile: (202) 326-3629