**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**JOEL JEROME TUCKER, ET AL,**<br><br>**Defendant.** | **Case No. 16-2816-JAR** |

## CLERK'S ENTRY OF DEFAULT

This matter is before the Court on Plaintiff's Request for Entry of Default (Doc. 42). A defendant shall serve an answer within twenty-one days after service of the Complaint. Defendants Joel Jerome Tucker, SQ Capital, LLC, JT Holdings, Inc., and HPD LLC, were served with the Complaint on December 20, 2016 (Doc. 13), but have failed to file or serve an answer or otherwise respond. When a party fails to plead or otherwise defend, and that fact is made to appear by affidavit or otherwise, default should be entered against that party.

Pursuant to Plaintiff's motion for entry of default and Fed. R. Civ. P. 55(a), default is hereby entered against Defendants Joel Jerome Tucker, SQ Capital, LLC, JT Holdings, Inc., and HPD LLC.

Dated: March 31, 2017

TIMOTHY M. O'BRIEN, CLERK

s/Bonnie Wiest____
Bonnie Wiest, Deputy Clerk